CASE NO. Misc B-13-534
INSTRUMENT NO. ___

United States District Court
Southern District of Texas
FILED

AUG 21 2013

Clerk of Court

**SEALED RECORD**

DESCRIPTION OF CONTENTS: Notice of Disclosure + Motion to Seal

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT